IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CV-592-FL

| | | |
|---|---|---|
| NAOMI DANIELS, Trustee, and RICHARD CORLEY, Trustee,<br><br>Plaintiffs,<br><br>v.<br><br>INTOWN SUITES MANAGEMENT, LLC,<br><br>Defendant. | ) | ORDER |

This matter is before the court for review of plaintiffs' complaint pursuant to 28 U.S.C. § 1915(e) and on plaintiffs' motions to amend (DE 8, 15), for default judgment (DE 16), and to dismiss (DE 18). United States Magistrate Judge Kimberly Swank entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiffs' complaint be dismissed for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B) (DE 25), and that the court deny plaintiffs' pending motions. Plaintiffs did not file objections to the M&R, and the time within which to do so has expired. In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

The magistrate judge recommends dismissal of plaintiffs' claims for failure to state a claim

on which relief may be granted, and that the court deny plaintiffs' motions to amend the complaint as without merit and their remaining motions as moot. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error. The court hereby ADOPTS the recommendation of the magistrate judge as its own. This action is hereby DISMISSED and plaintiffs' motions (DE 8, 15, 16, 18) are DENIED for the reasons stated in the M&R.

SO ORDERED, this the 9th day of September, 2026.

LOUISE W. FLANAGAN
United States District Judge